ROBERT P. HENK     (147490)
SHERI L. LEONARD  (173544)
**HENKLEONARD**
**A Professional Law Corporation**
2260 Douglas Blvd., Suite 200
Roseville, CA 95661
Telephone:     (916) 787-4544
Fax:                (916) 787-4530

Attorneys for Plaintiff
**BEN STOCKBRIDGE**

Thomas M. McInerney (162055)
tmm@ogletreedeakins.com
Krystal N. LoPilato     (263320)
Krystal.lopilato@ogletreedeakins.com
**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**
Steuart Tower, Suite 1300
One Market Plaza
San Francisco, CA 94105
Telephone:     (415) 442-4810
Fax:                (415) 442-4870

Attorneys for Defendant
**R&L CARRIERS SHARED SERVICES, L.L.C**.
(erroneously sued herein as R&L Carriers
Shared Services, Inc.)

THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BEN STOCKBRIDGE** | **CASE NO.:  11-CV-01684 MCE DAD** |
| Plaintiff, | |
| vs. | |
| **R + L CARRIERS, INC.** and **DOES 1 through 5**, inclusive, | **STIPULATION AND ORDER FOR DISMISSAL** |
| Defendant. | |

Stipulation and [Proposed] Order for Request for Dismissal

1

**IT IS HEREBY STIPULATED** by and between the Plaintiff and Defendant, through their designated counsel of record, that this case be dismissed in its entirety, with prejudice, pursuant to FRCP 41(a)(1).

DATED: August 22, 2011         **HENK LEONARD**
                               **A Professional Law Corporation**


                               /s/SHERI L. LEONARD_____
                               **ROBERT P. HENK**
                               **SHERI L. LEONARD**
                               Attorneys for Plaintiffs
                               **BEN STOCKBRIDGE**


DATED: August 22, 2011         **OGLETREE, DEAKINS, NASH**
                               **SMOAK & STEWART, P.C.**


                               /s/KRYSTAL N. LOPILATO(as auth. on 8/22/11)
                               **THOMAS M. MCINERNEY**
                               **KRYSTAL N. LOPILATO**
                               Attorneys for Defendant,
                               **R&L CARRIERS SHARED SERVICES, L.L.C.**

**IT IS SO ORDERED.**  The Clerk of Court is hereby directed to close the file.

Dated:  August 24, 2011

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE